BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA  36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BILL LIETZKE, | ) VIOLATION OF FIRST AND FIFTH |
| | ) AMENDMENT RIGHTS |
| PLAINTIFF, | ) |
| VS. | ) |
| CITY OF MONTGOMERY, ET AL, | ) CASE NO. |
| KEVIN MURPHY, | ) |
| DEFENDANTS. | |

1. Jurisdiction founded on the existence of a federal question and amount in controversy.

2. The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

3. The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00

4. About or around November 25, 2016, through agent City of Montgomery officers, the City of Montgomery, a black female officer and black male officer, detained the Plaintiff with lawful privilege on Madison Avenue in Montgomery and proceeded to demand personal and private information from the Plaintiff as to the Plaintiff's "ID," "social security number," "date of birth," and "name."

5. Thereafter, the City of Montgomery released the Plaintiff on his own recognizance on Madison Avenue and resumed patrol.

6. The City of Montgomery precipitated said actions without probable cause and without lawful privilege therefor, abridging the Plaintiff's right of the people peaceably to assemble under the First Amendment, and abridging the Plaintiff's right to plead the Fifth Amendment under the Constitution of the United States.

1  8. As a proximate consequence of the Defendants' acts, the Plaintiff suffered (1) Violation of the Plaintiff's civil rights, (2) Plaintiff's mental anguish (3) Intentional infliction of emotional distress.

WHEREFORE, the Plaintiff demands that judgment is entered against the Defendants, and judgment for Compensatory Damages, Actual Damages, and Punitive Damages, in the amount of $1,000,000,000.00

Submitting for filing this date June 13, 2017.

_____
General Delivery
135 Catoma Street