# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **BILL LIETZKE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-00325-JDL |
| | ) | |
| **CITY OF MONTGOMERY,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| **BILL LIETZKE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-00326-JDL |
| | ) | |
| **CITY OF MONTGOMERY,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| **BILL LIETZKE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-00327-JDL |
| | ) | |
| **CITY OF MONTGOMERY,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| **BILL LIETZKE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-00329-JDL |
| | ) | |
| **CITY OF MONTGOMERY,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision with the court on August 31, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on September 15, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. The plaintiff did file a Motion Disqualify and Reassign on September 8, 2017, as well as a Motion for Entry of Default and Motion for Entry of Default Judgment on September 28, 2017, both of which were denied.

It is now **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. All four of the above-captioned cases are **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**SO ORDERED.**

Dated: October 19, 2017

                                                          /s/ **Jon D. Levy**
                                                      **U.S. DISTRICT JUDGE**