UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| BILL LIETZKE, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) 2:17-cv-325-JDL |
| v. | ) 2:17-cv-326-JDL |
| | ) 2:17-cv-327-JDL |
| CITY OF MONTGOMERY et al., | ) 2:17-cv-329-JDL |
| Defendant. | ) |

## ORDER

By an Order dated October 19, 2017, these cases were Ordered transferred to the Middle District of Alabama. Since then, Plaintiff Bill Lietzke has submitted both signed and unsigned correspondence addressed to the Office of the Clerk of Court for the United States District Court for the District of Maine. The correspondence is laden with profanity, serves no proper purpose, and is reasonably viewed as harassing. *See* Fed. R. Civ. P. 11(b).

The Plaintiff is warned that if he continues to file correspondence or pleadings of this nature in this Court, filing restrictions may be imposed and he may be subject to sanctions. *See* Fed. R. Civ. P. 11(c). Accordingly, Bill Lietzke is now on **NOTICE** that filing restrictions "may be in the offing." *Cok v. Family Court of R.I.*, 985 F.2d 32, 35 (1st Cir. 1993). This represents a "cautionary order" in accordance with the *Cok* decision. Groundless and inappropriate filings will not be tolerated.

**SO ORDERED.**

Dated: November 14, 2017

/s/ JON D. LEVY
U.S. DISTRICT JUDGE